450 A.2d 1068

Commonwealth v. Sesso, Appellant.
Petition for Allowance of Appeal
Denied March 1, 1983.

Argued June 8, 1982. Linda C.

DiCicco, Assistant Public Defender, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.